which was about one hundred yards from the home of the defendant, and that shortly after he left home she heard the report of a gun in the direction of the home of the accused, and that she heard some one holler, whom she took to be her husband, immediately before the shot was fired. She did not go to where her husband's body was immediately after he was killed; nor did it appear how long it was before she went there. When she got there she saw a crowd of men. She and another witness testified they saw the body of the deceased and the ground about it, searched for weapons, and none were found. The other witnesses did not arrive on the scene till more than three hours after the killing. The accused fled from the State immediately after the homicide, and was not arrested for some twelve years, when he denied his identity.

I am authorized by Mr. Justice Atkinson to say that he concurs in this dissent.

---

CORNELIA BANK *v.* BARNETT NATIONAL BANK.

HILL, J. Under the evidence in this case the court did not err in directing a verdict for the claimant.
*Judgment affirmed. All the Justices concur.*
No. 853. DECEMBER 11, 1918.

Claim. Before Judge Cobb. Banks superior court. February 2, 1918.

*W. A. Charters* and *J. J. & Sam Kimzey,* for plaintiff.
*Edgar A. Neely* and *Woodward & Smith,* contra.

---

McDANIEL *v.* ALFORD *et al.*

HILL, J. The courts of one State may take jurisdiction of a transitory cause of action originating in another State, when the defendant has been locally found and served, although both parties are at the time domiciliary residents of a foreign State. When both parties to an action in a sister State are domiciled in another, the courts of equity in the latter may act in personam and direct the parties by injunction to proceed no further in such suit. But in such case the power is not exercised capriciously, nor merely to compel litigants to use the courts of their own State, nor even because the complainant has good reason to apprehend a less favorable result for himself in a foreign court.

39